# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| DAVID COLE, ET AL. | CIVIL ACTION NO. 16-0648 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PCS INDUSTRIAL OUTSOURCING, LP, ET AL. | MAGISTRATE JUDGE HANNA |

## ORDER

For the reasons assigned in the Report and Recommendation of Magistrate Judge Hornsby previously filed herein, and having thoroughly reviewed the record, including the written objections filed [Record Document 46], and concurring with the findings of Magistrate Judge Hornsby under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion to Remand is hereby **DENIED**, and all claims against Defendant Lawrence Segura be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 19th day of October, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT